educationlawyers.com



November 9, 2021

<u>*Via U.S. Mail and Electronic Filing*</u>
Hon. Renee Bumb, U.S.D.J.
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re:**   <u>Handley v. Rowan, et al</u>
         1:21-cv-16889

Dear Your Honor:

As Your Honor is aware, this firm, together with undersigned counsel, represents the Plaintiff, Ms. Renee Handley, in the above-captioned matter. Docket Entry 17 states that Plaintiff did not file a pre-motion letter response to Defendant Rowan University's pre-motion letter. However, undersigned counsel filed the pre-motion letter response at Docket Entry 16. The entry was inadvertently filed under the incorrect event. Nonetheless, undersigned counsel timely filed the pre-motion letter response yesterday, November 8, 2021. My apologies to the Court for any confusion. Should Your Honor require anything further, please do not hesitate to be in touch.



PA OFFICE
1420 Locust Street, Suite 420
Philadelphia, PA 19102

T/F: 215-650-7563

NJ OFFICE
Historic Smithville, Suite 1
1 N. New York Road
Galloway, NJ 08205

T: 856-282-5550

Montgomery Law, LLC
Lawyers You Love

Respectfully submitted,

Bradley R. Flynn, Esq.
For Montgomery Law, LLC.
Attorneys for the Plaintiff

Cc: Mr. JAMES ANDREW KELLER, Esq.
SAUL EWING ARNSTEIN & LEHR LLP
CENTRE SQUARE WEST
1500 MARKET STREET
38TH FLOOR
PHILADELPHIA, PA 19102

Cc: Mr. CHRISTOPHER M. LUCCA
CONRAD O'BRIEN PC
1500 MARKET STREET, SUITE 3900
CENTRE SQUARE, WEST TOWER
PHILADELPHIA, PA 19102

IN THE UNITED STATES DISTRICT COURT,
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Renee Handley, | : | |
| in her individual capacity, | : | |
| *Plaintiff,* | : | |
| v. | : | |
| | : | 1:21-cv-16889 |
| | : | |
| | : | |
| Rowan University and | : | |
| Mr. Noah Weinstein in his individual | : | CERTIFICATION OF SERVICE |
| capacity, | : | |
| *Defendants* | : | |

**CERTIFICATION**

I hereby certify that the within pleading was filed with the U.S. District Court, District of New Jersey, and copies were sent to all counsel known of record on the below date.

Dated: November 9, 2021

Montgomery Law, LLC
Attorneys for Plaintiff
Renee Handley

**/s/Bradley R. Flynn, Esq.**
Bradley R. Flynn, Esq.