

Christopher M. Lucca
*Attorney at Law*
Direct Dial: 215.864.8073
Direct Fax: 215.864.0062
clucca@conradobrien.com

November 24, 2021

*Via ECF filing*

| | |
|---|---|
| The Honorable Christine P. O'Hearn | The Honorable Sharon A. King |
| U.S. District Judge, District of New Jersey | U.S. Magistrate Judge, District of New Jersey |
| Mitchell H. Cohen Courthouse | Mitchell H. Cohen Courthouse |
| 4th & Cooper Streets | 4th & Cooper Streets |
| Camden, New Jersey 08101 | Camden, New Jersey 08101 |

   RE: *Renee Handley v. Rowan Univ. and Noah Weinstein (No. 21-cv-16889)*
      <u>*Stipulation regarding Amended Complaint and Response Deadline*</u>

Dear Judge O'Hearn and Judge King,

  I represent Defendant, Noah Weinstein, in the above-referenced matter. Prior to this matter being re-assigned to Judge O'Hearn, the parties had exchanged pre-motion conference letters pursuant to Judge Bumb's procedures. As a result of these letters, Plaintiff recently indicated to Defendants her intention to file an amended complaint. On November 22, 2021, Judge O'Hearn entered an order granting Defendants leave to file motions to dismiss. (ECF No. 21.)

  To streamline potential motion practice and clarify the parties' deadlines, the parties have entered into a stipulation related to the filing of Plaintiff's Amended Complaint and Defendants' deadline to respond to Plaintiff's Amended Complaint. That stipulation is enclosed for consideration by your Honors. The parties jointly and respectfully request that the stipulation be entered by the Court.

        Respectfully,

        <u>*s/ Christopher M. Lucca*</u>
        Christopher M. Lucca, Esq.
        Patricia M. Hamill, Esq.
        *Counsel for Defendant Noah Weinstein*

cc: All counsel of record via ECF
Enclosure

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RENEE HANDLEY, in her individual capacity, | Case No. 1:21-cv-16889 |
| Plaintiff, | |
| v. | |
| ROWAN UNIVERSITY and NOAH WEINSTEIN, in his individual capacity, | |
| Defendants. | |

**STIPULATION AND ORDER REGARDING PLAINTIFF FILING AN AMENDED COMPLAINT AND DEFENDANTS' RESPONSIVE PLEADING DEADLINE**

It is hereby stipulated between Renee Handley ("Plaintiff"), Rowan University ("Rowan"), and Noah Weinstein ("Mr. Weinstein") (Rowan and Mr. Weinstein together, "Defendants"), by their attorneys, as follows:

1. Plaintiff filed her Complaint on September 14, 2021. (ECF No. 1.)

2. Per the Honorable Renee Marie Bumb's procedures, Defendants filed pre-motion conference letters identifying alleged deficiencies in Plaintiff's Complaint. (ECF Nos. 7 and 13.)

3. Plaintiff intends to file an Amended Complaint removing Mr. Weinstein from the ADA, Rehabilitation Act, and Title IX counts.

4. To streamline potential motion practice and clarify the appropriate filing deadlines, Defendants consent to Plaintiff filing her Amended Complaint by December 7, 2021.

1

5. In doing so, Defendants expressly preserve all Rule 12 defenses, objections, and motions to Plaintiff's Amended Complaint.

6. Defendants' deadline to answer, move, or otherwise respond to Plaintiff's Amended Complaint is January 17, 2022.

| | | |
|---|---|---|
| *s/ Bradley Flynn* | *s/ James Keller* | *s/ Christopher Lucca* |
| Bradley Flynn, Esq. | James A. Keller, Esq. | Christopher M. Lucca, Esq. |
| **Montgomery Law, LLC** | **Saul Ewing Arnstein & Lehr LLP** | **Conrad O'Brien, P.C.** |
| 1420 Locust Street | 1500 Market St., 38th West | 1500 Market St. |
| Suite 420 | Philadelphia, PA 19102 | Suite 3900, West Tower |
| Philadelphia, PA 19102 | *Counsel for Rowan* | Philadelphia, PA 19102 |
| *Counsel for Plaintiff* | | *Counsel for Mr. Weinstein* |

**Approved by the Court**:

_____
                           J.