UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RENEE HANDLEY, in her individual capacity,<br><br>Plaintiff,<br><br>v.<br><br>ROWAN UNIVERSITY, and MR. NOAH WEINSTEIN, in his individual capacity,<br><br>Defendants. | Case No. 1:21-cv-16889 |

**STIPULATION EXTENDING TIME FOR ROWAN UNIVERSITY
TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

It is hereby stipulated and agreed by Renee Handley ("Plaintiff") and Rowan University ("Rowan"), by and through their attorneys, as follows:

1. Plaintiff filed an Amended Complaint (Doc. 25) on December 7, 2021, pursuant to a stipulation among the parties entered by Judge O'Hearn on November 29, 2021. (Doc. 21.)

2. Per Rule I(A) of this Court's Rules and Procedures, Rowan filed a pre-motion letter identifying alleged deficiencies in the Amended Complaint on January 14, 2022. (Doc. 26.)

39605228.1

3. Pursuant to a Text Order entered on January 27, 2022, the Court permitted Rowan to file its anticipated motion to dismiss without a pre-motion conference. (Doc. 30).

4. The parties hereby stipulate and agree that the time within which Rowan may file its motion or otherwise respond to the Amended Complaint (Doc. 25) is hereby extended up to and including February 17, 2022.

| | |
|---|---|
| /s/ *Bradley Flynn (with permission)* | /s/ *James A. Keller* |
| Bradley Flynn, Esq. | James A. Keller, Esq. |
| Montgomery Law, LLC | Saul Ewing Arnstein & Lehr LLP |
| 1420 Locust Street, Suite 420 | 1500 Market Street, 38th Floor West |
| Philadelphia, PA 19102 | Philadelphia, PA 19102 |
| *Counsel for Plaintiff* | *Counsel for Rowan* |

**So-Ordered**:

_____
Hon. Renée Marie Bumb, U.S.D.J.

39605228.1