IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| RENEE HANDLEY,<br><br>            Plaintiff,<br><br>       v.<br><br>ROWAN UNIVERSITY and NOAH WEINSTEIN, *in his individual capacity*,<br><br>            Defendants. | Civil No. 21-16889 (RMB/EAP)<br><br>**ORDER** |

**RENÉE MARIE BUMB, United States District Judge**

WHEREAS, the Court dismissed various of Plaintiff's claims, without prejudice, on September 9, 2022 and granted Plaintiff leave to file a second amended complaint by no later than October 14, 2022, if desired, to avoid dismissal with prejudice [Docket No. 46];

WHEREAS, the parties intend to resolve this dispute through mediation, and to that end, Plaintiff has requested a settlement conference with the Court and that all deadlines in this matter be stayed pending the occurrence of said settlement conference and resolution of this matter [Docket No. 47]; and

WHEREAS, a settlement conference is currently scheduled for December 1, 2022 at 2:00 p.m. [Docket Nos. 48, 50].

**NOW**, **THEREFORE**, for good cause shown, it is this **3rd** day of **October 2022** hereby:

**ORDERED** that the Clerk of Court shall **ADMINISTRATIVELY TERMINATE** this matter until the parties advise the Court by written filing on the docket that this matter has settled or should be reinstated to the Court's active docket.

s/Renée Marie Bumb  
Renée Marie Bumb  
United States District Judge
